UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-1895

In re: SAMSUNG ELECTRONICS AMERICA, INC.

Joshua Fritz, Appellant

(D.N.J. No. 1:23-md-03055)

Present: CHAGARES, RESTREPO and MONTGOMERY-REEVES, *Circuit Judges*

1. Unopposed Motion to Seal the District Court's opinion on appeal pursuant to L.A.R. Misc. 106.1(c)(2).
2. Unopposed Motion to Seal Volumes I and III of the Joint Appendix and Appellant's Opening Brief.
3. Unopposed Motion to Seal Appellee's Response Brief.
4. Unopposed Motion to Seal Appellant's Reply Brief.

Respectfully,
Clerk/EMA

ORDER

The foregoing unopposed motions to seal are GRANTED.

By the Court,

s/ Tamika R. Montgomery-Reeves
Circuit Judge

Dated: August 25, 2026
EMA/cc: All Counsel of Record