OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

August 31, 2026

Jason H. Alperstein
Carella Byrne Cecchi Olstein Brody & Agnello
5 Becker Farm Road
Roseland, NJ 07068

Caroline F. Bartlett
Carella Byrne Cecchi Olstein Brody & Agnello
5 Becker Farm Road
Roseland, NJ 07068

Carlos M. Bollar
Archer & Greiner
1025 Laurel Oak Road
Voorhees, NJ 08043

Arthur Brown
Arnold & Porter Kaye Scholer
250 W 55th Street
New York, NY 10019

James E. Cecchi
Carella Byrne Cecchi Olstein Brody & Agnello
5 Becker Farm Road
2nd Floor
Roseland, NJ 07068

Maureen T. Coghlan
Archer & Greiner
1025 Laurel Oak Road
Voorhees, NJ 08043

Christopher J. Dufek
Hunton Andrews Kurth

2200 Pennsylvania Avenue NW
Washington, DC 20037

John P. Elwood
Arnold & Porter Kaye Scholer
601 Massachusetts Avenue NW
Suite 1121
Washington, DC 20001

David C. Frederick
Kellogg Hansen Todd Figel & Frederick
1615 M Street NW
Sumner Square, Suite 400
Washington, DC 20036

Neil K. Gilman
Hunton Andrews Kurth
2200 Pennsylvania Avenue NW
Washington, DC 20037

Joseph Greenaway Jr.
Arnold & Porter Kaye Scholer
250 W 55th Street
New York, NY 10019

James A O'Brien III
Carella Byrne Cecchi Olstein Brody & Agnello
5 Becker Farm Road
Roseland, NJ 07068

Ashley C. Parrish
King & Spalding
1700 Pennsylvania Avenue NW
Suite 900
Washington, DC 20006

Elie Salamon
Arnold & Porter Kaye Scholer
250 W 55th Street
New York, NY 10019

William Sharon
Arnold & Porter Kaye Scholer

250 W 55th Street
New York, NY 10019

Stephen K. Wirth
Jacobson Lawyers Group
5100 Wisconsin Avenue NW
Suite 301
Washington, DC 20016

RE: In re: Samsung Electronics America Inc
Case Number: 25-1895
District Court Case Number: 1:23-md-03055

ENTRY OF JUDGMENT

Today, **August 31, 2026,** the Court entered its judgment in the above-captioned matter pursuant to Fed. R. App. P. 36.

If you wish to seek review of the Court's decision, you may file a petition for rehearing. The procedures for filing a petition for rehearing are set forth in Fed. R. App. P. 40, 3rd Cir. LAR 35 and 40, and summarized below.

Time for Filing:
14 days after entry of judgment.
45 days after entry of judgment in a civil case if the United States is a party.

Form Limits:
3900 words if produced by a computer, with a certificate of compliance pursuant to Fed. R. App. P. 32(g).
15 pages if hand or type written.

Attachments:
A copy of the panel's opinion and judgment only.
Certificate of service, unless the petition is filed and served through the Court's electronic-filing system.
Certificate of compliance if petition is produced by a computer.
No other attachments are permitted without first obtaining leave from the Court.

Unless the petition specifies that the petition seeks only panel rehearing, the petition will be construed as requesting both panel and en banc rehearing. A party seeking both forms of rehearing must file the petitions as a single document. Fed. R. App. P. 40(a).

A party who is entitled to costs pursuant to Fed.R.App.P. 39 must file an itemized and verified bill of costs within 14 days from the entry of judgment. The bill of costs must be submitted on the proper form which is available on the court's website.

A mandate will be issued at the appropriate time in accordance with the Fed. R. App. P. 41.

Please consult the Rules of the Supreme Court of the United States regarding the timing and requirements for filing a petition for writ of certiorari.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/Alicia
Case Manager
267-299-4948