OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

November 20, 2026

Melissa E. Rhoads
United States District Court for the District of New Jersey
Mitchell H. Cohen United States Courthouse
1 John F. Gerry Plaza
Camden, NJ 08101

RE: In re: Samsung Electronics America Inc
Case Number: 25-1895
District Court Case Number: 1:23-md-03055

Dear District Clerk

Enclosed herewith is the certified judgment together with copy of the opinion or certified copy of the order in the above-captioned case(s). The certified judgment or order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment or order shows costs taxed, if any.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Date: November 20, 2026

amr/Cc: Jason H. Alperstein, Esq.
Caroline F. Bartlett, Esq.
Carlos M. Bollar, Esq.

Arthur Brown, Esq.
James E. Cecchi, Esq.
Maureen T. Coghlan, Esq.
Christopher J. Dufek, Esq.
John P. Elwood, Esq.
David C. Frederick, Esq.
Neil K. Gilman, Esq.
Joseph Greenaway Jr., Esq.
James A O'Brien III, Esq.
Ashley C. Parrish, Esq.
Elie Salamon, Esq.
William Sharon, Esq.
Stephen K. Wirth, Esq.